State v. Huffman

---

STATE OF NORTH CAROLINA v. JAMES CLARENCE HUFFMAN

No. 7226SC632

(Filed 22 November 1972)

APPEAL by defendant from *McLean, Judge,* 4 April 1972 Schedule "C" Criminal Session, MECKLENBURG Superior Court.

By indictment proper in form defendant was charged with (1) felonious store breaking and (2) felonious larceny. A jury found defendant guilty as charged. From judgment imposing two 10 years prison sentences, sentence in the larceny count to begin at the expiration of sentence in the store breaking count, defendant appealed.

*Attorney General Robert Morgan by Henry T. Rosser, Assistant Attorney General, for the State.*

*John Guerrant Walker for defendant appellant.*

BRITT, Judge.

Although defendant's brief does not comply with the rules of this court, we have carefully reviewed the record on appeal, with particular reference to the questions raised in the brief, but find no prejudicial error. We hold that defendant received a fair trial and the sentences imposed are within the limits provided by applicable statutes. G.S. 14-54; G.S. 14-72; G.S. 14-2.

No error.

Chief Judge MALLARD and Judge BROCK concur.